**Opinion issued February 12, 2015.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00818-CV

———————————

**SAAD S. SKARYA, Appellant**

**V.**

**ESTRELLA ROSA, Appellee**

---

**On Appeal from the 387th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 13-DCV-211578**

---

## MEMORANDUM OPINION

Appellant, Saad S. Skarya, has neither paid the required fees nor established

indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also*

TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (West 2013), 101.0411

(West Supp. 2014); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and before the Judicial Panel on Multi-district Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013). Further, appellant has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 42.3(b), (c). We dismiss the appeal for nonpayment of all required fees. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.